**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-1047**

———————

JOHN BERMAN, an individual, and as a guardian of the person,

Plaintiff - Appellant,

v.

DAVID MODELL, an individual and as guardian of property,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Mark A. Barnett, Judge, U.S. Court of International Trade, sitting by designation.  (8:14-cv-00728-MAB)

———————

Submitted:  July 29, 2015           Decided:  August 31, 2015

———————

Before WILKINSON, KEENAN, and HARRIS, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

John Berman, Appellant Pro Se.  James Edward Dickerman, ECCLESTON & WOLF, PC, Hanover, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Berman appeals the district court's order dismissing his case for failure to state a claim upon which relief could be granted. We have reviewed the record and find no reversible error. Accordingly, we grant Berman's motion for leave to file a corrected reply brief and affirm for the reasons stated by the district court. Berman v. Modell, No. 8:14-cv-00728-MAB (D. Md. Nov. 21, 2014, Dec. 15, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED